SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-00267-JAM-DAD** |
| Plaintiff; | **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | |
| Keith K. Lin, et al, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: March 26, 2012

/s/ John A. Mendez_____
U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com